

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| CALLON (PERMIAN) LLC and CALLON PETROLEUM OPERATING COMPANY, | § | No. 08-24-00043-CV |
| | § | Appeal from the |
| Appellants, | | |
| | § | 143rd Judicial District Court |
| v. | | |
| | § | of Reeves County, Texas |
| KWF ENTERPRISES, LP, HED ENTERPRISES, LP, EXILE ROYALTY COMPANY, LLC, MICHAEL A. KULENGUSKI, CAROL A. NOONAN, AARON CHILDRESS, and HUNTER G. DAVIS, | § | (TC# 21-01-23866-CVR) |
| | § | |
| | § | |
| Appellees. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the trial court's order granting KWF Enterprises, LP; HED Enterprises, LP; Exile Royalty Company, LLC; Michael A. Kulenguski; Carol A. Noonan; Aaron Childress; and Hunter G. Davis's motion for partial summary judgment and the trial court's final judgment in their entirety, and render judgment that Appellees take nothing on their claims. The award of attorney's fees to Appellees in the trial court is vacated, and Appellees' request for attorney's fees in this Court is denied. We further order Appellants to pay all costs of this appeal and this decision to be certified below for observance.

IT IS SO ORDERED this 28th day of January 2025.

LISA J. SOTO, Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.